IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IVAN RICHARD BASSETT, SR.,** <br><br> Petitioner, <br><br> v. <br><br> **DERRELL G. ADAMS, et al.,** <br><br> Respondents. | CIV S-07-2575 FCD GGH P <br><br> **ORDER** |

Respondents have requested a thirty (30) day extension of time in which to file Respondents' response to Petitioner's petition for writ of habeas corpus.  GOOD CAUSE APPEARING, Respondents are granted an extension of time to and including February 17, 2008, in which to file a response to Petitioner's petition for writ of habeas corpus.

Dated: 01/25/08         /s/ Gregory G. Hollows
                        *U.S. Magistrate Judge*

bass2575.eot